

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                 Case No. 20-CR-229

CORNELIUS JACKSON,

        Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR
## A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Milwaukee County House of Correction, for the following judicial proceeding:

    Defendant:    CORNELIUS JACKSON, BOOKING #2020012696,
    DOB:          xx/xx/1989
    Proceeding:   **Initial Appearance/Arraignment**
    Date/Time:    12/18/2020, at 10:30 A.M.
    Before:       United States Magistrate Judge Stephen C. Dries
                   **VIA ZOOM VIDEO CONFERENCE**

Respectfully submitted this 8th day of December, 2020.

                                           MATTHEW D. KRUEGER
                                           United States Attorney

                                           s/ *Erica J. Lounsberry*

                                           ERICA J. LOUNSBERRY
                                           Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this \_\_\_8\_\_\_ day of December, 2020.

                                           *Stephen C. Dries*
                                           STEPHEN C. DRIES
                                           United States Magistrate Judge