UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
    *Plaintiff*,

v.                                                           Case No. 20-CR-229

CORNELIUS M. JACKSON,
    *Defendant*.

## DEFENDANT'S SECOND MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel for Cornelius Jackson respectfully moves this Court for leave to withdraw as counsel of record. As grounds in support of this motion, undersigned counsel reports that Mr. Jackson has requested, again, that undersigned counsel withdraw from his case. Counsel believes that withdrawal is necessary under Supreme Court Rule 20:1.16(a)(3). It is unclear whether Mr. Jackson desires to have new counsel appointed at this time.

Accordingly, undersigned counsel moves to withdraw as counsel and asks the Court to order the same.

Dated at Waukesha, Wisconsin this 4th day of November, 2023.

                                                            Respectfully Submitted,
                                                            KUCHLER & COTTON, S.C.

                                                            **/s/ John M. Binder**
                                                            State Bar No. 1107890
                                                            1535 E. Racine Ave.
                                                            Waukesha, WI 53186
                                                            7000 W. North Ave.
                                                            Wauwatosa, WI 53213
                                                            T: (262) 542-4218
                                                            john@kuchlercotton.com